UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                        )
                                              )      CASE NO. 10-00717 TLM
HANSEN, LEIF MORGAN                            )
TUTTLE, KATIE J                               )
                                              )      CHAPTER 7 TRUSTEE'S INITIAL STATUS
                                              )      REPORT AND MINUTES OF
                    Debtor(s)                 )      341(a) MEETING OF CREDITORS
                                              )

DATE OF 341(a) MEETING: 04/29/10          LOCATION OF MEETING: Boise
NAME OF TRUSTEE: Richard E. Crawforth     DATE CASE FILED:  03/23/10

DIGITAL RECORDER TRACK NO. 13

DEBTOR(S): (x) SWORN & EXAMINED  ( ) DID NOT APPEAR

DEBTOR(S) PROVIDED PHOTO I.D. AND SOCIAL SECURITY DOCUMENTATION AS NOTED BELOW:

  IDENTITY: [x] Drivers Lic.  [ ] U.S. passport  [ ] State picture ID  [ ] legal resident alien card

  SS#: [x] SS Card   [ ] Pay Stub   [ ] W-2 form   [ ]other: _____

  DEBTOR ADDRESS CHANGE: _____

PRIOR BANKRUPTCY: [ ] Yes  Date:_____ State: _____   [ x ] No

DEBTOR'S ATTORNEY: ( ) PRESENT  ( ) NOT PRESENT  ( X ) PRO SE

CREDITORS APPEARING: (X) NONE

**ACTION ITEMS:**
a.    ( )   341(a) Meeting Continued to: **/ /** _____
b.    ( )   SSN documentation not provided
c.    ( )   Dismiss for Failure of Debtor and/or Attorney to Appear
d.    ( )   Discharge Information Given to Debtor
e.    ( )   Unscheduled Assets Identified:

GENERAL COMMENTS
( x )   DEBTOR(S) IDENTITY AND SOCIAL SECURITY DOCUMENTATION MATCH PETITION
( x )   DEBTOR(S) EXAMINED
( x )   SCHEDULES AND STATEMENT OF AFFAIRS FILED
( x )   STATEMENT OF INCOME AND EXPENDITURES FILED
( x )   DEBTOR(S) INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U.S. TRUSTEE OR
        SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR DISMISSAL

                                        /S/ RICHARD E. CRAWFORTH, TRUSTEE
                                        DATE:  April 30, 2010

INITIAL STATUS REORT; 341(a) MINUTES - NO ASSET